UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| In The Matter Of: | ) | |
|---|---|---|
| | ) | Case Number 15-30390-tnw |
| John Charles Allison | ) | |
| Stephanie Ann Allison | ) | |
| | ) | Chapter 13 |
| Debtors, | ) | |
| | ) | |
| U.S. Bank Trust, N.A., as Trustee for | ) | |
| LSF10 Master Participation Trust | ) | |
| | ) | |
| Creditor, | ) | |
| | ) | |

Property Address: 133 Sacree Road, Shelbyville, KY 40065

Account number: XXXXXX9626

Court Claim Number: 3

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust** ("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **December 5, 2019** and filed as Docket Number **35**

### Pre-Petition Default Payments

☑    Agrees that the full amount required to cure the default on the Creditor's claim has been paid.

☐    Disagrees that the full amount required to cure the default on the Creditor's claim has been paid and states the total amount due to cure pre-petition arrears is:

Total Amount Due:

Attached as an Exhibit is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.



1                                    MS 197846.399951 BK

## Post-Petition Default Payments

☑   Agrees the loan is current with respect to all payments consistent with Section 1322(b)(5) of the Bankruptcy Code.

A Consent Order and Stipulation in Settlement of Motion for Relief was entered on November 21, 2019. As of December 23, 2019, total arrearages of $1,980.01 remain due under the Order. Creditor reserves the right to collect any remaining amounts under the terms of the Order if the case discharges prior to completion of the repayment period.

☐   Disagrees that the loan is current with respect to all payments consistent with Section 1322(b)(5), and states that the total amount due to cure the post petition arrears is:

Total Amount Due:

Itemized payment history:
   If Creditor disagrees with respect to Pre-Petition Default Payments or Post-Petition Default Payments, attached as an Exhibit is an itemized account of the amounts that remain unpaid as of the date of the Cure Notice.  The amounts outstanding identified do not reflect amounts that become due or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this Response to the Cure Notice.

The amounts identified as due on this response may not, due to timing, reflect all payments sent to the Creditor as of the date of the Cure Notice.  In addition, the amounts due may include payments reflected in the Cure Statement but which have not yet been received and/or processed by the Creditor.

Dated December 24, 2019

>                       Respectfully Submitted,
>                       Millsap & Singer, LLC
>
>                       */s/ Cynthia M. Kern Woolverton*
>                       Cynthia M. Kern Woolverton, #96908
>                       Muhammad Esa Ahmed, #98273
>                       Christopher D. Lee, #98406
>                       Attorneys for Movant
>                       612 Spirit Drive
>                       St. Louis, MO
>                       Telephone: (636) 537-0110
>                       Facsimile: (636) 537-0067
>                       bkty@msfirm.com
>
>                       Attorneys for U.S. Bank Trust, N.A., as Trustee for
>                       LSF10 Master Participation Trust



MS 197846.399951 BK

# **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on December 24, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Cynthia M. Kern Woolverton*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    John C. Robinson
    john@robinsonsalyers.com

    Beverly M. Burden
    Notices@Ch13EDKY.com

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    John Charles Allison
    Stephanie Ann Allison
    133 Sacree Road
    Shelbyville, KY 40065



MS 197846.399951 BK